JOHN F. TALBOT ET AL. v. THE MAYOR AND COMMON COUNCIL OF BAY CITY.

*Municipal corporations—Paving orders—Interest.*

*Mandamus* requiring the respondent to pay interest on paving orders payable out of a particular fund, the principal of which had been paid and accepted, and which contain no promise to pay interest, is denied, there being no statute or authority for such payment.

*Mandamus.* Submitted June 26, 1888. Denied July 10, 1888.

Relators apply for *mandamus* to compel the payment of interest on paving orders. The facts are stated in the opinion.

*Holmes & Collins,* for relators.

PER CURIAM. Relators ask that an order issue requir- ing the city of Bay City to show cause why *mandamus* should not issue compelling it to pay interest on certain

orders given for work done in paving in 1883 upon contracts made in 1882.

The amount for which the orders were given has been paid, and accepted by relators. The orders contain no promise to pay interest, and were payable out of a particular fund. We find no statute or authority for the payment of such interest. The order must be denied.